UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| TIMOTHY SHELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:19-CV-521-HSM-DCP |
| MITZIA WADDILL and JESSIE HODGERS, | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED**;

2. Plaintiff is **ASSESSED** the filing fee;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments towards the filing fee in the manner set forth in the memorandum opinion;

4. The Clerk is **DIRECTED** to send a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and to the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it is duplicative and fails to state a claim upon which relief may be granted under § 1983 as to any Defendant;

6. This action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

7. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT